UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HEIDI LYNN PENDERGAST, | Case No. 19-cv-01272-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| CDCR, | |
| Defendant. | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was convicted in Napa County, which is in this district, so venue is proper here. *See* 28 U.S.C. § 2241(d). She has paid the filing fee.

## BACKGROUND

Petitioner states that she was sentenced to six years after pleading nolo contendere to residential burglary and vehicle theft. Petition at 1-2. She states that she filed no appeals. Petition at 3

## DISCUSSION

### STANDARD OF REVIEW

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975). Habeas corpus petitions must meet heightened pleading requirements. *McFarland v. Scott*, 512 U.S. 849, 856 (1994). An application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court

must "specify all the grounds for relief available to the petitioner ... [and] state the facts supporting each ground." Rule 2(c) of the Rules Governing § 2254 Cases, 28 U.S.C. § 2254. "'[N]otice' pleading is not sufficient, for the petition is expected to state facts that point to a 'real possibility of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir. 1970)).

**LEGAL CLAIMS**

Petitioner alleges that she received ineffective assistance of counsel and that there was prosecutorial misconduct. Petitioner also states that no claims have been appealed in state court. Before she may challenge either the fact or length of her confinement in a habeas petition in this Court, petitioner must present to the California Supreme Court any claims she wishes to raise in this Court. *See Rose v. Lundy*, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted). The general rule is that a federal district court must dismiss a federal habeas petition containing any claim as to which state remedies have not been exhausted. *Id*.

It appears that petitioner has presented an entirely unexhausted petition. Petitioner shall show cause why the petition should not be dismissed without prejudice as unexhausted. Petitioner may also request a stay. In *Rhines v. Weber*, 544 U.S. 269 (2005) the United States Supreme Court found that a stay and abeyance of a mixed federal petition should be available only in the limited circumstance that good cause is shown for a failure to have first exhausted the claims in state court, that the claim or claims at issue potentially have merit and that there has been no indication that petitioner has been intentionally dilatory in pursuing the litigation. *Rhines*, *supra*, at 277-78. A district court also has the discretion to stay a petition containing only unexhausted claims. *Mena v. Long*, 813 F.3d 907, 909 (9th Cir. 2016).

**CONCLUSION**

1. Within **twenty-eight (28) days** of service of this order, petitioner must show cause why this case should not be dismissed as unexhausted or she may file a motion for a stay and address the legal standards set forth above.

2. Petitioner must keep the Court informed of any change of address and must comply

2

with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

**IT IS SO ORDERED.**

Dated: May 3, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI LYNN PENDERGAST,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR,<br><br>    Defendant. | Case No. 19-cv-01272-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heidi Lynn Pendergast ID: WG0089
Puerta La Cruz Conservation Camp #14
32363 Highway 79
Warner Springs, CA 92086

Dated: May 3, 2019

                          Susan Y. Soong
                          Clerk, United States District Court

                          By: *[signature]*
                          LISA R. CLARK, Deputy Clerk to the
                          Honorable JAMES DONATO